GOLDSMITH & HULL/Our File #:590934
A Professional Corporation
Michael L. GOLDSMITH  (SBN 291700)
16933 PARTHENIA STREET
NORTHRIDGE, CALIFORNIA 91343
Tele: (818) 990-6600  Fax : (818) 990-6140
**govdept1@goldsmithcalaw.com**

ATTORNEYS FOR PLAINTIFF

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> Plaintiff, )<br> )<br>VS. )<br> )<br>VENUS  LICON  AKA  VENUS  L.)<br>LICON  AKA  VENUE L. ALVARA)<br>AKA VENUE PRIETO )<br> Defendant. )<br>⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ) | **COURT NO.** ACV99-03511<br><br>**SATISFACTION OF JUDGMENT** |

TO THE ABOVE-ENTITLED COURT:

Satisfaction is hereby acknowledged of said judgment, entered on March 30,

2001, in favor of the United States of America, and against VENUS LICON AKA

VENUS L. LICON AKA VENUE L. ALVARA AKA VENUE PRIETO and the Clerk

is hereby authorized and directed to enter a Full Satisfaction of record in the said

action.

DATED: November 2, 2017                    GOLDSMITH & HULL, P.C.
                                                    /S/
                                           ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                                           Michael L. Goldsmith
                                           ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING

I Sonia Molina, declare:

That I am employed in the LOS ANGELES COUNTY, CA; that my business address is 16933 PARTHENIA STREET, NORTHRIDGE, CALIFORNIA 91343; that I am over the age of 18 years, and am not a party to the above-entitled action;

That I am employed by GOLDSMITH & HULL, P.C. who is/are a member of the Bar of the United States District Court for the Central District of California, at whose direction the service of mail described in this Certificate was made; that I deposited in the United States mail, in the above entitled action, in an envelope bearing the requisite postage, a copy of SATISFACTION OF JUDGMENT,  addressed to:


VENUS LICON, et al.
***** ***** ****** *****
BAKERSFIELD CA *****


at his/her last known address, at which place there is a delivery service by the United States Mail.

This Certificate is executed on   November 2, 2017  at NORTHRIDGE, CALIFORNIA.

I certify under penalty of perjury that the foregoing is true and correct.

_____
/S/
Sonia Molina